# UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS
EASTERN **DIVISION**

|  |  |  |
|---|---|---|
| In re: | § | |
| | § | |
| Jerry D Callis | § | Case No. 13-32212 |
| | § | |
| Debtor | § | |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter 7 of the United States Bankruptcy Code was filed on 08/13/2013 .  The undersigned trustee was appointed on  08/13/2013 .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $          34,999.96

Funds were disbursed in the following amounts:

| | |
|---|---|
| Payments made under an interim disbursement | 0.00 |
| Administrative expenses | 800.32 |
| Bank service fees | 667.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          33,532.64

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5.   Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.   The deadline for filing non-governmental claims in this case was  12/27/2013  and the deadline for filing governmental claims was  02/10/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.   The Trustee's proposed distribution is attached as **Exhibit D**.

8.   Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 4,250.00 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 4,250.00 , for a total compensation of $ 4,250.00 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 12.74 , for total expenses of $ 12.74 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:  12/15/2017                        By:/s/Joji Takada, Chapter 7 Trustee
                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Exhibit A

| Case No: | 13-32212 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |

| Case Name: | Jerry D Callis | | Date Filed (f) or Converted (c): | 08/13/2013 (f) |
| | | | 341(a) Meeting Date: | 09/17/2013 |
| For Period Ending: | 12/15/2017 | | Claims Bar Date: | 12/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined<br>by Trustee, Less<br>Liens, Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered<br>(FA)/<br>Gross Value of<br>Remaining<br>Assets |
| 1. Debtor's Residence Located At 11251 192Nd St., Mokena | 97,500.00 | 0.00 | | 15,000.00 | FA |
| 2. Fishing Property - 1993 Park Model Modular Housing Unit | 40,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash Location: In Debtor's Possession | 75.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods Value Is For Debtor's 1/2 Inte | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel Location: In Debtor's Possession | 750.00 | 0.00 | | 0.00 | FA |
| 6. Fishing Tackle Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 7. Common Stock - 50% Of All Issued Shares Of "J & J Auto Rebui | 1.00 | 1.00 | | 0.00 | FA |
| 8. 2005 Chevrolet Silverado 1500 Hd 1/2 Ton Pickup - V8 Crew Ca | 5,500.00 | 500.00 | | 0.00 | FA |
| 9. 2003 Tracker Marine Pro Team 185 Boat & Trailer Nada Average | 2,500.00 | 500.00 | | 0.00 | FA |
| 10. 2007 Tracker Jon Boat Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 11. Cats - 2 Shelter Rescue House Cats - 1 Male & 1 Female Locat | 25.00 | 0.00 | | 0.00 | FA |
| 12. Auto Body Repair Tools (Small Power Tools & Hand Tools) Loca | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Debtor Has A Right Of Redemption Which Expires December 20Th | Unknown | Unknown | | 0.00 | FA |
| 14. Other Litigation (u)<br><br>1/3rd Interest in a Judgment - Debtor's interest in Cooper & Callis v. Jawaid Jaffary, Case # 2003 M6-002707, Circuit Court,Markham, IL. | 19,000.00 | 19,000.00 | | 19,999.96 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $168,551.00 | $20,001.00 | | $34,999.96 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in jointly-owned real estate; Trustee determined equity exists to distribute to creditors; Trustee has hired broker to market and sell the real estate.

Trustee compromised with debtor regarding estate's interest in jointly-owned real estate -- Joji Takada 5/9/2014

Exhibit A

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00) - Joji Takada 5/22/2014

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00) -Joji Takada 11/30/2014

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00)  - Joji Takada 4/7/2015

Monthly payments received. - Joji Takada 7/11/2015

Monthly payments received. - Joji Takada 11/30/2015

Monthly payments concluded; Hiring accountant to prepare estate returns. - Joji Takada 12/22/2015

Accountant hired; Returns in process. - Joji Takada 7/24/2016

Returns prepared and filed. - Joji Takada 11/20/2017

Initial Projected Date of Final Report (TFR): 08/13/2014        Current Projected Date of Final Report (TFR): 12/30/2017

Case 13-32212   Doc 44   Filed 01/18/18   Entered 01/18/18 08:41:13   Desc Main
Document   Page 2 of 5

## FORM 2
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No:  13-32212

Case Name:  Jerry D Callis

Taxpayer ID No:  XX-XXX1142

For Period Ending:  12/15/2017

Trustee Name:  Joji Takada, Chapter 7 Trustee

Bank Name:  Associated Bank

Account Number/CD#:  XXXXXX9918

Checking

Blanket Bond (per case limit):  $5,000,000.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8194 | Transfer of Funds | 9999-000 | $27,499.99 | | $27,499.99 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $27,489.99 |
| 02/27/15 | 14 | Kenneth J Donkel | Settlement payment Installment payment re prepetition settlement of dispute | 1249-000 | $833.33 | | $28,323.32 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.99 | $28,286.33 |
| 03/25/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $29,119.66 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.33 | $29,077.33 |
| 04/13/15 | 14 | Kenneth Donkel | Settlement payment Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $29,910.66 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.55 | $29,868.11 |
| 05/11/15 | 14 | Kenneth Donkel | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $30,701.44 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.24 | $30,656.20 |
| 06/12/15 | 14 | Kenneth J Donkel | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $31,489.53 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.86 | $31,444.67 |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.75 | $31,397.92 |

Page Subtotals:                     $31,666.64        $268.72

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 13-32212  Doc 44  Filed 01/18/18  Entered 01/18/18 08:41:13  Desc Main

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Document Page 6 of 14

Exhibit B

Case No: 13-32212

Case Name: Jerry D Callis

Taxpayer ID No: XX-XXX1142

For Period Ending: 12/15/2017

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: Associated Bank

Account Number/CD#: XXXXXX9918

Checking

Blanket Bond (per case limit): $5,000,000.00

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/11/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $32,231.25 |
| 08/11/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $33,064.58 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.36 | $33,016.22 |
| 09/17/15 | 14 | Kenneth Donkell | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $33,849.55 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.06 | $33,801.49 |
| 10/26/15 | 14 | Kenneth Donkel LLC | Settlement payment Final payment re prepetition litigation settlement | 1249-000 | $833.33 | | $34,634.82 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.49 | $34,584.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.76 | $34,534.57 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.34 | $34,483.23 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.27 | $34,431.96 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.88 | $34,384.08 |
| 04/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.12 | $34,332.96 |
| 12/23/16 | 1001 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Bankruptcy estate income tax 2015 | 2810-000 | | $307.00 | $34,025.96 |

Page Subtotals: $3,333.32  $705.28

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-32212 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Jerry D Callis | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9918 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1142 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 12/23/16 | 1002 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Bankruptcy estate income tax 2014 | 2810-000 | | $410.00 | $33,615.96 |
| 01/19/17 | 1003 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment Estate tax payment | 2810-000 | | $52.77 | $33,563.19 |
| 01/25/17 | 1004 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Tax payment 2015 estate tax return | 2810-000 | | $30.55 | $33,532.64 |

| | | |
|---|---|---|
| COLUMN TOTALS | $34,999.96 | $1,467.32 |
| Less: Bank Transfers/CD's | $27,499.99 | $0.00 |
| Subtotal | $7,499.97 | $1,467.32 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $7,499.97 | $1,467.32 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $493.32 |

Case 13-32212   Doc 44   Filed 01/18/18   Entered 01/18/18 08:41:13   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | | |
|---|---|---|
| Case No: 13-32212 | Trustee Name: Joji Takada, Chapter 7 Trustee | Exhibit B |
| Case Name: Jerry D Callis | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX8194 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1142 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 12/15/2017 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/14 | 1 | Paul Fazzini | Settlement payment Full and final payment re compromise of fraudulent transfer of interest in personal residence | 1110-000 | $15,000.00 | | $15,000.00 |
| 08/06/14 | 14 | Paul Fazzini and Sherri Fazzini | Accounts Receivable<br><br>Post-petition installment payments received by debtor re: prepetition Jaffaray litigation settlement | 1249-000 | $9,166.67 | | $24,166.67 |
| 09/13/14 | 14 | Kenneth Donkel | Settlement payment Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $25,000.00 |
| 10/14/14 | 14 | Kenneth J Donkel | Accounts Receivable<br><br>Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $25,833.33 |
| 11/04/14 | 14 | Kenneth J Donkel | Accounts Receivable<br><br>Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $26,666.66 |
| 12/19/14 | 14 | Kenneth Donkel | Settlement payment Installment payment re prepetition settlement of lawsuit | 1249-000 | $833.33 | | $27,499.99 |
| 01/26/15 | | Transfer to Acct # xxxxxx9918 | Transfer of Funds | 9999-000 | | $27,499.99 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,499.99 | $27,499.99 |
| Less: Bank Transfers/CD's | $0.00 | $27,499.99 |
| Subtotal | $27,499.99 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,499.99 | $0.00 |

| | | |
|---|---|---|
| Page Subtotals: | $27,499.99 | $27,499.99 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8194 - Checking | $27,499.99 | $0.00 | $0.00 |
| XXXXXX9918 - Checking | $7,499.97 | $1,467.32 | $33,532.64 |
| | $34,999.96 | $1,467.32 | $33,532.64 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $34,999.96 |
| Total Gross Receipts: | $34,999.96 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $0.00 |

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-32212                                                                                              Date: December 15, 2017
Debtor Name: Jerry D Callis
Claims Bar Date: 12/27/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $4,250.00 | $4,250.00 |
| 100 2200 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Administrative | | $0.00 | $12.74 | $12.74 |
| 100 2810 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $337.55 | $337.55 |
| 100 2810 | Illinois Department of Revenue PO Box 19053 Springfield, Illinois 62794-9053 | Administrative | | $0.00 | $462.77 | $462.77 |
| 100 3410 | Callero and Callero LLP 7800 North Milwaukee Avenue Niles, Illinois 60714 Attn: Ryan Matsui | Administrative | | $0.00 | $1,203.75 | $1,203.75 |
| 1 300 7100 | DISCOVER BANK DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Unsecured | | $5,286.34 | $5,563.65 | $5,563.65 |
| 2 300 7100 | American Express Centurion Bank C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $5,798.33 | $6,162.44 | $6,162.44 |
| 3 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $4,775.99 | $4,909.93 | $4,909.93 |
| 5 300 7100 | N. A. Wells Fargo Bank Wells Fargo Bank, N.A. P.O. Box 29482 Mac-4101-08C Phoenix, Az 85038-8650 | Unsecured | | $47,265.49 | $48,355.14 | $48,355.14 |

Page 1                                                                                    Printed: December 15, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 10)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-32212                                                                                     Date: December 15, 2017

Debtor Name: Jerry D Callis

Claims Bar Date: 12/27/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | Capital Recovery V, Llc<br>C/O Recovery Management<br>Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Unsecured | | $3,316.98 | $3,581.86 | $3,581.86 |
| 4<br>400<br>4110 | N. A. Wells Fargo Bank<br>Wells Fargo Bank, N.A.<br>Po Box 10438<br> Mac: X2505-036<br>Des Moines, Ia 50306 | Secured | | $0.00 | $3,240.19 | $0.00 |
| | Case Totals | | | $66,443.13 | $78,080.02 | $74,839.83 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: December 15, 2017

**UST Form 101-7-TFR (5/1/2011)** *(Page: 11)*

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-32212
Case Name: Jerry D Callis
Trustee Name: Joji Takada, Chapter 7 Trustee

| | | |
|---|---|---|
| Balance on hand | $ | 33,532.64 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $    4,250.00 | $    0.00 | $    4,250.00 |
| Trustee Expenses: Joji Takada | $    12.74 | $    0.00 | $    12.74 |
| Accountant for Trustee Fees: Callero and Callero LLP | $    1,203.75 | $    0.00 | $    1,203.75 |
| Other: Illinois Department of Revenue | $    337.55 | $    337.55 | $    0.00 |
| Other: Illinois Department of Revenue | $    462.77 | $    462.77 | $    0.00 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 5,466.49 |
| Remaining Balance | $ | 28,066.15 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

### NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,573.02  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  40.9  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $      5,563.65 | $      0.00 | $      2,277.14 |
| 2 | American Express Centurion Bank | $      6,162.44 | $      0.00 | $      2,522.22 |
| 3 | Ecast Settlement Corporation, Assignee | $      4,909.93 | $      0.00 | $      2,009.58 |
| 5 | N. A. Wells Fargo Bank | $     48,355.14 | $      0.00 | $     19,791.20 |
| 6 | Capital Recovery V, Llc | $      3,581.86 | $      0.00 | $      1,466.01 |

Total to be paid to timely general unsecured creditors          $          28,066.15

Remaining Balance          $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE