# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | Case No. 13-32212 |
| Jerry D Callis | § | Chapter 7 |
| | § | |
| Debtor(s) | § | |
| | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held:

Date: 3/9/18
Time: 10:00 a.m.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 2/15/18          By: _/s/ Joji Takada_
                                          Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006229 / 2012 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| Jerry D Callis | § | Case No. 13-32212 |
| | § | |
| Debtor | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 34,999.96 |
| and approved disbursements of | $ | 1,467.32 |
| leaving a balance on hand of[1] | $ | 33,532.64 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 4,250.00 | $ 0.00 | $ 4,250.00 |
| Trustee Expenses: Joji Takada | $ 12.74 | $ 0.00 | $ 12.74 |
| Accountant for Trustee Fees: Callero and Callero LLP | $ 1,203.75 | $ 0.00 | $ 1,203.75 |
| Other: Illinois Department of Revenue | $ 337.55 | $ 337.55 | $ 0.00 |
| Other: Illinois Department of Revenue | $ 462.77 | $ 462.77 | $ 0.00 |
| Total to be paid for chapter 7 administrative expenses | | $ | 5,466.49 |
| Remaining Balance | | $ | 28,066.15 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 68,573.02 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 40.9 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 5,563.65 | $ 0.00 | $ 2,277.14 |
| 2 | American Express Centurion Bank | $ 6,162.44 | $ 0.00 | $ 2,522.22 |
| 3 | Ecast Settlement Corporation, Assignee | $ 4,909.93 | $ 0.00 | $ 2,009.58 |
| 5 | N. A. Wells Fargo Bank | $ 48,355.14 | $ 0.00 | $ 19,791.20 |
| 6 | Capital Recovery V, Llc | $ 3,581.86 | $ 0.00 | $ 1,466.01 |
| | Total to be paid to timely general unsecured creditors | | | $ 28,066.15 |
| | Remaining Balance | | | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid pro rata only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 13-32212 |
| | ) | |
| | ) | Chapter 7 |
| Callis, Jerry D | ) | |
| | ) | Honorable Pamela S. Hollis |
| | ) | |
| Debtor(s). | ) | |

TO:   See attached Service List

## CERTIFICATE OF SERVICE

    I, the undersigned attorney, certify that I served a copy of the **NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)** upon the person(s) listed above by mailing the same by First Class U.S. Mail at Chicago, Illinois on the date set forth below, unless a copy was served electronically which occurs automatically upon the filing of the aforesaid documents with the Clerk of the Bankruptcy Court through the CM/ECF system.

Date: February 15, 2018              */s/ Joji Takada*
                                                      Bankruptcy Trustee

Prepared by:
Joji Takada
TAKADA LAW OFFICE, LLC
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00010123 / 2013 / 001 /}

## SERVICE LIST

**Electronic Mail Notice List**

- Cary Brown  carybrown@sprintmail.com
- Patrick S Layng  USTPRegion11.ES.ECF@usdoj.gov

**First Class Mail Notice List**

*Discover Bank*
*DB Servicing Corporation*
*PO Box 3025*
*New Albany, OH 43054-3025*

*American Express Centurion Bank*
*c o Becket and Lee LLP*
*POB 3001*
*Malvern, PA 19355-0701*

*eCAST Settlement Corporation, assignee*
*of Chase Bank USA, N.A.*
*POB 29262*
*New York, NY 10087-9262*

*WELLS FARGO BANK, N.A.*
*PO BOX 10438*
*MAC: X2505-036*
*DES MOINES, IA 50306*

*Wells Fargo Bank, N.A.*
*P.O. Box 29482*
*MAC-4101-08C*
*Phoenix, AZ 85038-8650*

*Capital Recovery V, LLC*
*c/o Recovery Management Systems Corporat*
*25 SE 2nd Avenue Suite 1120*
*Miami FL 33131-1605*

*Jerry D Callis*
*12251 192nd Street*
*Mokena, IL 60448-8966*