# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
 §
 §
Jerry D Callis § Case No. 13-32212
 §
 §
　　　　Debtor §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

　　Joji Takada, Chapter 7 Trustee　　, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

　　1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

　　2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 44,001.00 *(Without deducting any secured claims)* | Assets Exempt: 8,050.00 |
| Total Distributions to Claimants: 28,121.90 | Claims Discharged Without Payment: 1,377,602.65 |
| Total Expenses of Administration: 6,878.06 | |

　　3) Total gross receipts of $ 34,999.96 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 34,999.96 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 245,059.00 | $ 3,240.19 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,878.06 | 6,878.06 | 6,878.06 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 1,158,535.66 | 68,573.02 | 68,573.02 | 28,121.90 |
| **TOTAL DISBURSEMENTS** | $ 1,403,594.66 | $ 78,691.27 | $ 75,451.08 | $ 34,999.96 |

   4)  This case was originally filed under chapter 7 on  08/13/2013 .  The case was pending for 59 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  06/08/2018              By:/s/Joji Takada, Chapter 7 Trustee
                                                   Trustee

   **STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Debtor's Residence Located At 11251 192Nd St., Mokena | 1110-000 | 15,000.00 |
| Other Litigation | 1249-000 | 19,999.96 |
| **TOTAL GROSS RECEIPTS** | | **$34,999.96** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 1 Standard Bank and Trust 9321 Wicker Avenue Saint John IN 46373 | | 98,016.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # : 2 Wells Fargo Bank NA Cbdru POB 3117 Winston Salem NC 27102-3117 | | 4,543.00 | NA | NA | 0.00 |
| | Creditor # : 3 Wells Fargo Mortgage POB 5296 Carol Stream IL 60197-5296 | | 142,500.00 | NA | NA | 0.00 |
| 4 | N. A. Wells Fargo Bank | 4110-000 | NA | 3,240.19 | 0.00 | 0.00 |
| TOTAL SECURED CLAIMS | | | $ 245,059.00 | $ 3,240.19 | $ 0.00 | $ 0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | 2100-000 | NA | 4,250.00 | 4,250.00 | 4,250.00 |
| Joji Takada | 2200-000 | NA | 12.74 | 12.74 | 12.74 |
| Associated Bank | 2600-000 | NA | 667.00 | 667.00 | 667.00 |
| Illinois Department of Revenue | 2810-000 | NA | 800.32 | 800.32 | 800.32 |
| Callero and Callero LLP | 3410-000 | NA | 1,148.00 | 1,148.00 | 1,148.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,878.06 | $ 6,878.06 | $ 6,878.06 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :1 American Express BOX 0001 Los Angeles CA 90096-8000 | | 5,798.33 | NA | NA | 0.00 |
| | Creditor # :10 Chase POB 15153 Wilmington DE 19886-5153 | | 1,754.37 | NA | NA | 0.00 |
| | Creditor # :11 Chase POB 33035 Louisville KY 77210 | | 96,127.57 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :12 Chase POB 30253 Salt Lake City UT 84130-0253 | | 3,413.00 | NA | NA | 0.00 |
| | Creditor # :13 Chase POB 4661 Houston TX 77210 | | 874,000.00 | NA | NA | 0.00 |
| | Creditor # :14 Chase Card Services POB 15298 Wilmington DE 19850 | | 5,615.00 | NA | NA | 0.00 |
| | Creditor # :15 Custom Tire, Incorporated 4500 W. 137th Street Crestwood IL 60445 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :16 Cook County 69 W. Washington, Ste 500 Chicago IL 60602 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :17 Discover POB 6103 Carol Stream IL 60197-6103 | | 5,286.34 | NA | NA | 0.00 |
| | Creditor # :18 GECRB/Lowe's DC POB 960010 Orlando FL 32896-0010 | | 3,316.98 | NA | NA | 0.00 |
| | Creditor # :19 Jim Garrison, Sr. 13832 Sandra Lane Crestwood IL 60445 | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :2 AT&T POB 5080 Carol Stream IL 60197-5080 | | 84.22 | NA | NA | 0.00 |
| | Creditor # :20 Kohl's / Capital One POB 3115 Milwaukee WI 53201-3115 | | 567.00 | NA | NA | 0.00 |
| | Creditor # :21 Mark T. Hickey 7220 W. 194th St., Suite 101 Tinley Park IL 60487 | | 0.00 | NA | NA | 0.00 |
| | Creditor # :22 Marriott Rewards Chase Cardmember Service POB 15153 Wilmington DE 19886 | | 1,689.00 | NA | NA | 0.00 |
| | Creditor # :23 THD/CBNA POB 6497 Sioux Falls SD 57117-6497 | | 8,053.00 | NA | NA | 0.00 |
| | Creditor # :24 Wells Fargo WF Business Direct POB 348750 Sacremento CA 95834 | | 47,265.49 | NA | NA | 0.00 |
| | Creditor # :3 AT&T POB 5080 Carol Stream IL 60197-5080 | | 64.36 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Creditor # :4 Bank of America POB 851001 Dallas TX 75285-1001 | | 19,856.85 | NA | NA | 0.00 |
| | Creditor # :5 Bill Me Later POB 105658 Atlanta GA 30348-5658 | | 732.56 | NA | NA | 0.00 |
| | Creditor # :6 Capital One POB 30281 Salt Lake City UT 84130-0281 | | 8,848.00 | NA | NA | 0.00 |
| | Creditor # :7 Capital One - Best Buy POB 71106 Charlotte NC 28272-1106 | | 1,432.34 | NA | NA | 0.00 |
| | Creditor # :8 Capital One - GM Card POB 71107 Charlotte NC 28272-1107 | | 3,412.13 | NA | NA | 0.00 |
| | Creditor # :9 Chase POB 15153 Wilmington DE 19886-5153 | | 4,775.99 | NA | NA | 0.00 |
| | Representing: Chase | | 0.00 | NA | NA | 0.00 |
| | Representing: Chase | | 0.00 | NA | NA | 0.00 |
| | Representing: Chase | | 0.00 | NA | NA | 0.00 |
| | Representing: Cook County | | 0.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Representing: Custom Tire, Incorporated | | 0.00 | NA | NA | 0.00 |
| 2 | American Express Centurion Bank | 7100-000 | 5,798.33 | 6,162.44 | 6,162.44 | 2,527.23 |
| 6 | Capital Recovery V, Llc | 7100-000 | 3,316.98 | 3,581.86 | 3,581.86 | 1,468.92 |
| 1 | DISCOVER BANK | 7100-000 | 5,286.34 | 5,563.65 | 5,563.65 | 2,281.66 |
| 3 | Ecast Settlement Corporation, Assignee | 7100-000 | 4,775.99 | 4,909.93 | 4,909.93 | 2,013.57 |
| 5 | N. A. Wells Fargo Bank | 7100-000 | 47,265.49 | 48,355.14 | 48,355.14 | 19,830.52 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 1,158,535.66 | $ 68,573.02 | $ 68,573.02 | $ 28,121.90 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-32212 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | Jerry D Callis | | | | Date Filed (f) or Converted (c): | 08/13/2013 (f) |
| | | | | | 341(a) Meeting Date: | 09/17/2013 |
| For Period Ending: | 06/08/2018 | | | | Claims Bar Date: | 12/27/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Debtor's Residence Located At 11251 192Nd St., Mokena | 97,500.00 | 0.00 | | 15,000.00 | FA |
| 2. Fishing Property - 1993 Park Model Modular Housing Unit | 40,500.00 | 0.00 | | 0.00 | FA |
| 3. Cash Location: In Debtor's Possession | 75.00 | 0.00 | | 0.00 | FA |
| 4. Miscellaneous Household Goods Value Is For Debtor's 1/2 Inte | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. Necessary Wearing Apparel Location: In Debtor's Possession | 750.00 | 0.00 | | 0.00 | FA |
| 6. Fishing Tackle Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 7. Common Stock - 50% Of All Issued Shares Of "J & J Auto Rebui | 1.00 | 1.00 | | 0.00 | FA |
| 8. 2005 Chevrolet Silverado 1500 Hd 1/2 Ton Pickup - V8 Crew Ca | 5,500.00 | 500.00 | | 0.00 | FA |
| 9. 2003 Tracker Marine Pro Team 185 Boat & Trailer Nada Average | 2,500.00 | 500.00 | | 0.00 | FA |
| 10. 2007 Tracker Jon Boat Location: In Debtor's Possession | 100.00 | 0.00 | | 0.00 | FA |
| 11. Cats - 2 Shelter Rescue House Cats - 1 Male & 1 Female Locat | 25.00 | 0.00 | | 0.00 | FA |
| 12. Auto Body Repair Tools (Small Power Tools & Hand Tools) Loca | 1,500.00 | 0.00 | | 0.00 | FA |
| 13. Debtor Has A Right Of Redemption Which Expires December 20Th | Unknown | Unknown | | 0.00 | FA |
| 14. Other Litigation (u) 1/3rd Interest in a Judgment - Debtor's interest in Cooper & Callis v. Jawaid Jaffary, Case # 2003 M6-002707, Circuit Court,Markham, IL. | 19,000.00 | 19,000.00 | | 19,999.96 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets
| TOTALS (Excluding Unknown Values) | $168,551.00 | $20,001.00 | | $34,999.96 | $0.00 |

(Total Dollar Amount in Column 6)

**UST Form 101-7-TDR (10/1/2010)** *(Page: 10)*

Exhibit 8

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in jointly-owned real estate; Trustee determined equity exists to distribute to creditors; Trustee has hired broker to market and sell the real estate.

Trustee compromised with debtor regarding estate's interest in jointly-owned real estate -- Joji Takada 5/9/2014

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00) - Joji Takada 5/22/2014

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00) -Joji Takada 11/30/2014

Keeping case open to administer undisclosed accounts receivable relating to prepetition litigation settlement; Monthly checks in the amount of $833.33 (1/3 of monthly $2,500.00) - Joji Takada 4/7/2015

Monthly payments received. - Joji Takada 7/11/2015

Monthly payments received. - Joji Takada 11/30/2015

Monthly payments concluded; Hiring accountant to prepare estate returns. - Joji Takada 12/22/2015

Accountant hired; Returns in process. - Joji Takada 7/24/2016

Returns prepared and filed. - Joji Takada 11/20/2016

Follow up re tax issues. - Joji Takada 3/15/2017

Prepare TFR and distributions-- - Joji Takada 8/26/2017

TFR with UST review. - Joji Takada 12/15/2017

TFR approved; Checks issued. - Joji Takada 3/28/2018


Initial Projected Date of Final Report (TFR): 08/13/2014        Current Projected Date of Final Report (TFR): 12/30/2017

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-32212 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Jerry D Callis | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX9918 |
| | Checking |
| Taxpayer ID No: XX-XXX1142 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8194 | Transfer of Funds | 9999-000 | $27,499.99 | | $27,499.99 |
| 02/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $27,489.99 |
| 02/27/15 | 14 | Kenneth J Donkel | Settlement payment Installment payment re prepetition settlement of dispute | 1249-000 | $833.33 | | $28,323.32 |
| 03/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $36.99 | $28,286.33 |
| 03/25/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $29,119.66 |
| 04/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.33 | $29,077.33 |
| 04/13/15 | 14 | Kenneth Donkel | Settlement payment Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $29,910.66 |
| 05/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $42.55 | $29,868.11 |
| 05/11/15 | 14 | Kenneth Donkel | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $30,701.44 |
| 06/05/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $45.24 | $30,656.20 |
| 06/12/15 | 14 | Kenneth J Donkel | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $31,489.53 |
| 07/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $44.86 | $31,444.67 |
| | | | Page Subtotals: | | $31,666.64 | $221.97 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-32212 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Jerry D Callis | Bank Name: Associated Bank | |
| | Account Number/CD#: XXXXXX9918 | |
| | Checking | |
| Taxpayer ID No: XX-XXX1142 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $46.75 | $31,397.92 |
| 08/11/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $32,231.25 |
| 08/11/15 | 14 | Kenneth Donkel | Installment payment re prepetition settlement of litigation | 1249-000 | $833.33 | | $33,064.58 |
| 09/08/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.36 | $33,016.22 |
| 09/17/15 | 14 | Kenneth Donkell | Settlement payment Installment payment re prepetition litigation settlement | 1249-000 | $833.33 | | $33,849.55 |
| 10/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $48.06 | $33,801.49 |
| 10/26/15 | 14 | Kenneth Donkel LLC | Settlement payment Final payment re prepetition litigation settlement | 1249-000 | $833.33 | | $34,634.82 |
| 11/06/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $50.49 | $34,584.33 |
| 12/07/15 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $49.76 | $34,534.57 |
| 01/08/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.34 | $34,483.23 |
| 02/05/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $51.27 | $34,431.96 |
| 03/07/16 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $47.88 | $34,384.08 |

Page Subtotals: $3,333.32    $393.91

UST Form 101-7-TDR (10/1/2010) *(Page: 13)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 13-32212  
Case Name: Jerry D Callis  
Taxpayer ID No: XX-XXX1142  
For Period Ending: 06/08/2018  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX9918  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/07/16 |  | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 |  | $51.12 | $34,332.96 |
| 12/23/16 | 1001 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>Bankruptcy estate income tax 2015 | 2810-000 |  | $307.00 | $34,025.96 |
| 12/23/16 | 1002 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>Bankruptcy estate income tax 2014 | 2810-000 |  | $410.00 | $33,615.96 |
| 01/19/17 | 1003 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>Estate tax payment | 2810-000 |  | $52.77 | $33,563.19 |
| 01/25/17 | 1004 | Illinois Department of Revenue<br>PO Box 19053<br>Springfield, Illinois 62794-9053 | Tax payment<br>2015 estate tax return | 2810-000 |  | $30.55 | $33,532.64 |
| 03/23/18 | 1005 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 |  | $4,250.00 | $29,282.64 |
| 03/23/18 | 1006 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 |  | $12.74 | $29,269.90 |
| 03/23/18 | 1007 | Callero and Callero LLP<br>7800 North Milwaukee Avenue<br>Niles, Illinois 60714<br>Attn: Ryan Matsui | Final distribution per court order. | 3410-000 |  | $1,148.00 | $28,121.90 |
| 03/23/18 | 1008 | DISCOVER BANK<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Final distribution per court order. | 7100-000 |  | $2,281.66 | $25,840.24 |
| 03/23/18 | 1009 | American Express Centurion Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 |  | $2,527.23 | $23,313.01 |
| 03/23/18 | 1010 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A.<br>Pob 29262<br>New York, Ny 10087-9262 | Final distribution per court order. | 7100-000 |  | $2,013.57 | $21,299.44 |

Page Subtotals: $0.00   $13,084.64

UST Form 101-7-TDR (10/1/2010) (Page: 14)

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD** Exhibit 9

| Case No: | 13-32212 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Jerry D Callis | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX9918 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX1142 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 06/08/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 03/23/18 | 1011 | N. A. Wells Fargo Bank<br>Wells Fargo Bank, N.A.<br>P.O. Box 29482<br>Mac-4101-08C<br>Phoenix, Az 85038-8650 | Final distribution per court order. | 7100-000 | | $19,830.52 | $1,468.92 |
| 03/23/18 | 1012 | Capital Recovery V, Llc<br>C/O Recovery Management Systems Corporat<br>25 Se 2Nd Avenue Suite 1120<br>Miami Fl 33131-1605 | Final distribution per court order. | 7100-000 | | $1,468.92 | $0.00 |

| | COLUMN TOTALS | $34,999.96 | $34,999.96 |
| --- | --- | --- | --- |
| | Less: Bank Transfers/CD's | $27,499.99 | $0.00 |
| | Subtotal | $7,499.97 | $34,999.96 |
| | Less: Payments to Debtors | $0.00 | $0.00 |
| | Net | $7,499.97 | $34,999.96 |

Page Subtotals: $0.00 $21,299.44

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 13-32212 | Trustee Name: Joji Takada, Chapter 7 Trustee |
| Case Name: Jerry D Callis | Bank Name: The Bank of New York Mellon |
| | Account Number/CD#: XXXXXX8194 |
| | Checking |
| Taxpayer ID No: XX-XXX1142 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/08/2018 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/13/14 | 1 | Paul Fazzini | Settlement payment<br>Full and final payment re compromise of fraudulent transfer of interest in personal residence | 1110-000 | $15,000.00 | | $15,000.00 |
| 08/06/14 | 14 | Paul Fazzini and Sherri Fazzini | Accounts Receivable<br>Post-petition installment payments received by debtor re: prepetition Jaffaray litigation settlement | 1249-000 | $9,166.67 | | $24,166.67 |
| 09/13/14 | 14 | Kenneth Donkel | Settlement payment<br>Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $25,000.00 |
| 10/14/14 | 14 | Kenneth J Donkel | Accounts Receivable<br>Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $25,833.33 |
| 11/04/14 | 14 | Kenneth J Donkel | Accounts Receivable<br>Installment payment re: prepetition Jaffaray litigation | 1249-000 | $833.33 | | $26,666.66 |
| 12/19/14 | 14 | Kenneth Donkel | Settlement payment<br>Installment payment re prepetition settlement of lawsuit | 1249-000 | $833.33 | | $27,499.99 |
| 01/26/15 | | Transfer to Acct # xxxxxx9918 | Transfer of Funds | 9999-000 | | $27,499.99 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $27,499.99 | $27,499.99 |
| Less: Bank Transfers/CD's | $0.00 | $27,499.99 |
| Subtotal | $27,499.99 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $27,499.99 | $0.00 |

Page Subtotals: $27,499.99 $27,499.99

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8194 - Checking | $27,499.99 | $0.00 | $0.00 |
| XXXXXX9918 - Checking | $7,499.97 | $34,999.96 | $0.00 |
|  | $34,999.96 | $34,999.96 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $34,999.96 |
| Total Gross Receipts: | $34,999.96 |